# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

Clifford W. Taylor,
Chief Justice

130665

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DIETRICH FAMILY IRREVOCABLE TRUST,
      Plaintiff-Appellee,

v

SC: 130665
COA: 261238
Wayne CC: 04-422513-CK

S. E. MICHIGAN LAW ASSOCIATES, P.L.L.C.,
DAVID S. DELBROCCIO, AND CHRISTOPHER
S. C. WEBBER,
      Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the February 14, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

s0522

Clerk